AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

FILED 8 MAY '24 11:48USDC-ORP

ORIGINAL

| | |
|---|---|
| United States of America<br>v.<br><br>LEE OTIS BOX JR.<br><br>——————————<br>*Defendant* | )<br>)<br>)  Case No.  3:24-cr-00168-IM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LEE OTIS BOX JR.                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

False Statement During Purchase of a Firearm

Date:  04/17/2024

City and State:  Portland, Oregon

s/D. Norris
*Issuing officer's signature*

D. Norris, Deputy Clerk
*Printed name and title*

---

| Return |
|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE  05/07/2024
ARRESTED BY  WHCAP- of  ATF

Date: _____

U.S. MARSHAL

BY E. CATER

_____
*Arresting officer's signature*

_____
*Printed name and title*

U.S. MARSHALS SERVICE APR 17 2024 12:14