**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:24-CR-00168** |
| **Plaintiff,** | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **vs.** | |
| **LEE OTIS BOX, JR.,** | |
| **Defendant.** | |
| **_____** | |

Defendant, through counsel, respectfully requests that, pursuant to the United States Sentencing Guidelines (USSG), this Court sentence him to four months in the Bureau of Prisons and four months of home confinement, followed by three years of supervised release, pursuant to 18 U.S.C. §922(a)(6). In support of this recommendation, defendant asks the Court to consider the contents of the PSR and defendant's Confidential Supplement to the PSR.

RESPECTFULLY SUBMITTED this 8th day of July, 2026.

s/ *Erik E. Eklund*
Erik E. Eklund
Attorney for Defendant
Lee Otis Box, Jr.

Page 1- DEFENDANT'S SENTENCING MEMORANDUM